646

Edward H. Morris, receiver of Binga State Bank, appellee, v. John
W. Barnes, appellant. Gen. No. 37,770.

Opinion filed April 10, 1935.
Rehearing denied April 22, 1935.
Henry C. Ferguson, for appellant. James B. Cashin, for appellee;
Thomas P. Harris, of counsel.
Mr. Justice Wilson delivered the opinion of the court.

In re Estate of Anna Miller, deceased, appellee, v. Appeal of Wil-
liam Lazarski, appellant. Gen. No. 37,808.

Opinion filed April 10, 1935.
Jacob Levy, for appellant; Edward M. Tiernan, of counsel. Collins
& Sentz, for appellee.
Mr. Justice Wilson delivered the opinion of the court.

Helen S. Magnus, administratrix, etc., appellee, v. Katherine Swartz
and Bernard J. Brown, defendants, on appeal of Bernard J. Brown,
appellant. Gen. No. 37,826.

Opinion filed
April 10, 1935.
Bernard J. Brown, pro se. Joseph Granick, for appellee; Charles H.
Pease, of counsel.
Mr. Justice Wilson delivered the opinion of the court.

Clark-Randolph Building Corporation, appellee, v. Mary Belle
Spencer et al., appellants. Gen. No. 37,856.

Opinion filed April 10,
1935.
Jay J. McCarthy and Mary Belle Spencer, for appellants. Irving
S. Abrams and Harry S. Jacobs, for appellee.
Mr. Justice Wilson delivered the opinion of the court.